No. 84–1715. CITY OF LAWTON, OKLAHOMA, ET AL. *v.* LUSBY ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Oklahoma*

*City* v. *Tuttle*, 471 U. S. 808 (1985).